803 A.2d 1204

**GREENFIELD TOWNSHIP MUNICIPAL AUTHORITY, Appellee,**

v.

**GORDON L. DELOZIER, INC., Appellant.**

Supreme Court of Pennsylvania.

Submitted June 13, 2002.

Decided Aug. 20, 2002.

Kenneth Weller Lee, for Gordon L. DeLozier, Inc.

Ralph Michael Monico, Greenfield Township Municipal Authority.

Before ZAPPALA, C.J., and CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR and EAKIN, JJ.

### *ORDER*

PER CURIAM.

**And NOW** this 20th day of August, 2002, the appeal is DISMISSED as having been improvidently granted.

Justice NIGRO dissents.